1  CHRISTIAN VOLZ (SBN 139352)
   cvolz@mckennalong.com
2  ROBERT S. SCHUDA (SBN 214026)
   rschuda@mckennalong.com
3  AIMEE Y. WONG (SBN 179369)
   aywong@mckennalong.com
4  **MCKENNA LONG & ALDRIDGE LLP**
   300 South Grand Avenue, 14th Floor
5  Los Angeles, CA 90071-3124
   Telephone: (213) 688-1000
6  Facsimile: (213) 243-6330

7  Attorneys for Plaintiff-in-Intervention
   **NORTHROP GRUMMAN SYSTEMS**
8  **CORPORATION**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA,<br><br>    Plaintiffs,<br><br>    v.<br><br>TELEDYNE TECHNOLOGIES INCORPORATED,<br><br>    Defendant. | CASE NO. CV07-05674 ABC (FMOx)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF NORTHROP GRUMMAN SYSTEMS CORPORATION AND DEFENDANT-IN-INTERVENTION TELEDYNE TECHNOLOGIES INCORPORATED**<br><br>[Filed concurrently with the:<br>(1) Plaintiff Northrop Grumman Systems Corporation's Notice of Dismissal of its Complaint-in-Intervention against Defendants-in-Intervention the United States of America and the State of California; and<br>(2) [Proposed] Order of Dismissal] |
| NORTHROP GRUMMAN SYSTEMS CORPORATION,<br><br>    Plaintiff-in-Intervention,<br><br>    v.<br><br>TELEDYNE TECHNOLOGIES INCORPORATED; UNITED STATES OF AMERICA; THE STATE OF CALIFORNIA; and ROES 1 through 10, inclusive,<br><br>    Defendants-in-Intervention. | |

TO THE HONORABLE COURT:

WHEREAS, on November 16, 2009, Plaintiff-in-Intervention Northrop Grumman Systems Corporation ("Northrop Grumman") filed an action in the Los Angeles County Superior Court - Central Civil West, entitled *Northrop Grumman Space & Mission Systems Corp. v. A-1 Ornamental Iron, Inc., et al.*, Case No. BC 426012 ( "Northrop Grumman's State Court Action"). Northrop Grumman's State Court Action alleged one cause of action for equitable indemnity and contribution. Northrop Grumman alleged that it had paid more than its fair and equitable share of the San Gabriel Valley Water Company's damages for VOC contamination of its water wells;

WHEREAS, Defendant-in-Intervention Teledyne Technologies Incorporated ("Teledyne") filed in this Court a Motion to Enforce the Consent Decree and Enjoin Northrop Grumman's State Court Action (the "Motion");

WHEREAS, Northrop Grumman filed a Motion for Leave to Intervene in this Court for the purpose of opposing Teledyne's Motion;

WHEREAS, the Proposed Complaint-in-Intervention was entered by this Court on May 19, 2011;

WHEREAS, this Court denied Teledyne's Motion on June 9, 2011;

WHEREAS, Teledyne filed an Answer to the Complaint-in-Intervention on July 8, 2011; and

WHEREAS, Northrop Grumman and Teledyne have reached a settlement in Northrop Grumman's State Court Action, with no admission of liability on Teledyne's part. Pursuant to the terms of the settlement, Northrop Grumman agreed to dismiss its Complaint-in-Intervention, with prejudice; and

WHEREAS, Northrop Grumman is concurrently filing, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) a Notice of Dismissal of its Complaint-in-Intervention against Defendants-in-Intervention the United States of America and the State of California.

NOW THEREFORE, THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY STIPULATE AS FOLLOWS:

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Northrop Grumman hereby dismisses the Complaint-in-Intervention against Teledyne with prejudice, and each Party is to bear its own fees and costs.

Dated: January 5, 2012

CHRISTIAN VOLZ
ROBERT S. SCHUDA
AIMEE Y. WONG
**McKENNA LONG & ALDRIDGE LLP**

By: /s/ Robert S. Schuda
Robert S. Schuda

Attorneys for Plaintiff-in-Intervention
**NORTHROP GRUMMAN SYSTEMS CORPORATION**

Dated: January 3, 2012

**BINGHAM McCUTCHEN LLP**

By: /s/ Denise J. Fellers
James J. Dragna
Tiffany R. Hedgpeth
Denise G. Fellers
Jeremy Esterkin

Attorneys for Defendant-in-Intervention
**TELEDYNE TECHNOLOGIES INCORPORATED**

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

LA:17902722.1