| | |
|---|---|
| 1 | 07-5674CHRISTIAN VOLZ (SBN 139352) |
| | cvolz@mckennalong.com |
| 2 | ROBERT S. SCHUDA (SBN 214026) |
| | rschuda@mckennalong.com |
| 3 | AIMEE Y. WONG (SBN 179369) |
| | aywong@mckennalong.com |
| 4 | **MCKENNA LONG & ALDRIDGE LLP** |
| | 300 South Grand Avenue, 14th Floor |
| 5 | Los Angeles, CA  90071-3124 |
| | Telephone:   (213) 688-1000 |
| 6 | Facsimile:    (213) 243-6330 |

Attorneys for Plaintiff-in-Intervention
**NORTHROP GRUMMAN SYSTEMS CORPORATION**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA, | CASE NO. CV07-05674 ABC (FMOx) |
| Plaintiffs, | **[PROPOSED] ORDER OF DISMISSAL** |
| v. | |
| TELEDYNE TECHNOLOGIES INCORPORATED, | [Filed concurrently with the: (1) Stipulation of Dismissal With Prejudice Between Plaintiff Northrop Grumman Systems Corporation and Defendant-in-Intervention Teledyne Technologies Incorporated; and (2) Notice of Dismissal, With Prejudice, of Northrop Grumman Systems Corporation's Complaint-in-Intervention Against Defendants-in-Intervention the United States of America and the State of California] |
| Defendant. | |
| NORTHROP GRUMMAN SYSTEMS CORPORATION, | |
| Plaintiff-in-Intervention, | |
| v. | |
| TELEDYNE TECHNOLOGIES INCORPORATED; UNITED STATES OF AMERICA; THE STATE OF CALIFORNIA; and ROES 1 through 10, inclusive, | |
| Defendants-in-Intervention. | |

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

LA:17902724.1

Having reviewed the Stipulated Voluntary Dismissal entered into between Plaintiff-in-Intervention Northrop Grumman Systems Corporation ("Northrop Grumman"), and Defendant-in-Intervention Teledyne Technologies Incorporated ("Teledyne"), through their respective attorneys, and the concurrently filed Notice of Dismissal of Defendants-in-Intervention the United States of America and the State of California,

IT IS HEREBY ORDERED that pursuant to Fed. R. Civ. Proc. 41(a)(1), the entire Complaint-in-Intervention, including all claims against Teledyne, the United States of America, and the State of California, is dismissed with prejudice, and without attorneys' fees or costs to any of these parties.

Dated: 1/11/2012

HON. AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

Submitted By:

McKENNA LONG & ALDRIDGE LLP

By: /S/ – Aimee Y. Wong
    Aimee Y. Wong

Attorneys for Plaintiff-in-Intervention
**NORTHROP GRUMMAN SYSTEMS CORPORATION**

McKenna Long & Aldridge LLP
Attorneys At Law
Los Angeles

- 2 -

LA:17902724.1